Lafourche Parish Clerk of Court  C-152267
Filed Jun 17, 2025 8:37 AM          B
· Brittany C. Hernandez
Deputy Clerk of Court

| | | |
|---|---|---|
| GRAND ISLE SHIPYARD, LLC | * | 17TH JUDICIAL DISTRICT COURT |
| VERSUS NO. | * | LAFOURCHE PARISH |
| ARRAY PETROLEUM, LLC | * | LOUISIANA |

---

## PETITION IN PERSONAM AND IN REM FOR BREACH OF CONTRACT, DAMAGES, AND RECOGNITION AND ENFORCEMENT OF OILFIELD LIEN AND PRIVILEGE

---

Plaintiff, **Grand Isle Shipyard, LLC** (GIS), through undersigned counsel, respectfully states as follows:

1.

Made defendant is **Array Petroleum, LLC** (Array), a domestic limited liability company authorized to do and doing business in Louisiana as an oil and gas operator.

2.

Array contracted with GIS to perform activities and services for it at various well sites in return for the payment of money.

3.

The debt Array owes to GIS amounts to Six Hundred Ninety-Six Thousand Eight Hundred Twenty-Four and 24/100 ($696,824.24) dollars, as of January 24, 2025, which sum is currently due and owing.

4.

Despite amicable demand, Array has made no payments on this outstanding balance.

5.

Array has breached its contract with GIS by failing to pay the invoices.

6.

Additionally, GIS has recorded privileges and liens pursuant to the Louisiana Oilfield Lien Act, LSA R.S. 9:4861 et seq, in the following parishes:

    a.    Lafourche Parish, Entry No.1383774
    b.    Terrebonne Parish, Entry No. 1703684, MOB 3555, Folio 305
    c.    St. Mary Parish, Entry No. 367552, MOB 1728, Folio 440


Certified True and Correct Copy
CertID: 2025062700025

*Pasaula G. Luia*

Lafourche Parish
Deputy Clerk Of Court

Generated Date:
6/27/2025 9:05 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S 14.132, 133, and/or RPC Rule 3.3(a)(3)


**EXHIBIT**
1

 d.  Iberia Parish, Entry No.30708
 e.  Vermilion Parish, Entry No. 2025001181
 f.  Plaquemines Parish, Entry No. 2025-00000466,
     MOB 863, Folio 635
 g.  Bureau of Ocean Energy Management, Agency Tracking
     ID 76965166956

7.

GIS provided certain goods and/or services to Array, as set forth in the Statements and Notices of Privilege and Lien filed in the various parishes as well as with BOEM, which statements of privilege are referenced and incorporated herein as if copied in their entirety, which was done for and/or on behalf of, and/or and the request of Array in connection with the drilling, exploration, and/or operation of the wells.

8.

The oil and/or gas wells for which GIS provided the services and/or goods are enumerated in the statements and notices of privilege and lien attached as Ex. 1, providing a listing of the names, area and block details, platform numbers, lease numbers, and parish locations.

9.

GIS has a privilege and/or lien *in rem* under LSA R.S. 9:4861 et seq to secure payment of all sums owed on oil and/or gas produced from the wells described in these statements and notices of privilege and lien, the proceeds inuring to the working interest therein, and on the oil and/or gas wells and the leases whereupon the wells are located and all drilling rigs, standard rigs, machinery, appurtenances, appliances, equipment, buildings, tanks, and other structures attached or located on the leases for the amount due for such services, including principal and interest, the cost of preparing and recording the statements and notices of privilege and lien, and attorney fees for the amount of the principal and interest due.

10.

GIS requests that this court order Array to provide a full accounting on all property subject to its liens.



**Certified True and
Correct Copy**
CertID: 2025062700025

*Gesaula G. Luis*
Lafourche Parish
Deputy Clerk Of Court

Generated Date:
6/27/2025 9:05 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S 14:132, 133, and/or RPC Rule 3.3(a)(3)

11.

GIS requests *in rem* recognition and enforcement of its liens and privileges on all property lienable under the Oilfield Lien Act.

12.

GIS also requests that its lien be recognized against all amounts received from the sale of hydrocarbons or as allowed by law.

13.

GIS is entitled to and seeks attorney fees, interest from date invoices due, all costs of these proceedings, all principal damages per invoices, and costs of preparing and filing the liens.

14.

GIS's privilege and lien is established as to all property from the date that GIS first provided services, equipment, transportation, or other operations for the benefit of the affected interests.

15.

GIS seeks a judgment *in rem* and *in personam* against Array.

16.

GIS entered into a contract with Array to perform the services and/or provide the supplies, equipment, and/or labor, as outlined above.

17.

This contract between GIS and Array was entered into between the parties in Lafourche Parish, Louisiana.

18.

Pursuant to La. C.C.P. art. 76.1 venue is proper in Lafourche Parish, Louisiana.

19.

On information and belief, **Natural Resources Worldwide, LLC** (NRW) is holding money pursuant to LSA. R.S 9:4869 from the sale of the hydrocarbons.

20.

GIS reserves their right to request that this court issue an order, without bond, sequestering any and all sums of money allowed under the Oilfield Lien Act produced from



**Certified True and Correct Copy**
CertID: 2025062700025

*Jasauba G. Luia*

Lafourche Parish
Deputy Clerk Of Court

Generated Date:
6/27/2025 9:05 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S 14:132, 133, and/or RPC Rule 3.3(a)(3).

the wells at issue outlined in Ex. 1 and held in suspense by NRW to satisfy all amounts owed as allowed by the Louisiana Oilfield Lien Act pursuant to GIS's lien and privilege to be deposited into the court registry. See LSA R.S. 9:4869(B)(4).

21.

GIS alleges its damages as follows:

a. Costs of preparing the statements and notices of privilege and lien:
b. The principal sums due;
c. Legal interest from date of each invoice;
d. Attorney fees, statutory and contractual.

22.

Via Fed Ex, GIS sent certified copies of the statements and notices of privileges and lien which it recorded to Array and NRW.

**WHEREFORE,** Plaintiff, Grand Isle Shipyard, LLC, prays for judgment in its favor and against defendant, Array Petroleum, LLC, in the full sum of $696,824.24, with legal interest from date invoices due, until paid, attorney fees, for all costs of this proceeding, and *in rem* recognition of its liens and privileges. GIS also prays for judgment in its favor recognizing it privilege on all property described above and that the property be, in due course, seized and sold, and the proceeds be applied to pay GIS's claim in preference to all others.

Respectfully submitted:

**HEBERT & MARCEAUX**
4752 Highway 311, Suite 114
Houma, Louisiana 70360
Telephone:     (985) 876-4324
Fax:              (985) 876-4325
e-mail:  brianmarceaux@hmlawfirm.com

BRIAN J. MARCEAUX   (#19694)
JULIUS P. HEBERT, JR.   (#14367)



Certified True and
Correct Copy
CertID: 2025062700025

Lafourche Parish
Deputy Clerk Of Court

Generated Date:
6/27/2025 9:05 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**PLEASE SERVE:**

**Array Petroleum, LLC**
Through its Agent for Service of Process:
Edward B. Poitevent, II
909 Poydras Street, Suite 3150
New Orleans, LA  70112-4041



**Certified True and Correct Copy**
CertID: 2025062700025

*Ursaula G. Lewis*

Lafourche Parish
Deputy Clerk Of Court

Generated Date:
6/27/2025 9:05 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S 14 132, 133, and/or RPC Rule 3.3(a)(3)

Lafourche Parish Clerk of Court   C-152267
Filed Jun 20, 2025 8:42 AM            B
Jill T. Lagarde
Deputy Clerk of Court

| Field | Area/Block | Platform | Lease | Parish |
|---|---|---|---|---|
| Eugene Island | EI 361 | | | |
| | | EI 353-D | OCS-G 03783 | St. Mary |
| | | EI 360-C | OCS-G 02323 | St. Mary |
| | | EI 360-E | OCS-G 02323 | St. Mary |
| | | EI 361-A | OCS-G 02324 | St. Mary |
| | SM 099 | | | |
| | | SM 90-A | OCS-G 08684 | St. Mary |
| | | SM 99-A | OCS-G 04109 | St. Mary |
| | | SM 99-B | OCS-G 04109 | St. Mary |
| South Marsh Island | SM 236 | | | |
| | | SM 228 #206 Cais | | St. Mary |
| | | SM 229 #106 Cais | | St. Mary |
| | | SM 229 #123 Cais | | St. Mary |
| | | SM 229 #198 Cais | | St. Mary |
| | | SM 229-C | OCS 00310 | St. Mary |
| | | SM 236 #100 Cais | | St. Mary |
| | | SM 236 #107 | | St. Mary |
| | | SM 236 #139 | | St. Mary |
| | | SM 236 #144 Cais | | St. Mary |
| | | SM 236 #160 Cais | | St. Mary |
| | | SM 236 #161 Cais | | St. Mary |
| | | SM 236 #189 | | St. Mary |
| | | SM 236-A | OCS 00310 | St. Mary |
| | | SMI 236 #1 Cais | | St. Mary |
| | SM 239 | | | |
| | | SM 223 #221 Cais | | St. Mary |
| | | SM 238 #129/130 Cais | | St. Mary |
| | | SM 238 #151 | | St. Mary |
| | | SM 238 #152 Cais | | St. Mary |
| | | SM 238 #170 Cais | | St. Mary |
| | | SM 238 #171 Cais | | St. Mary |
| | | SM 238 #190 Cais | | St. Mary |
| | | SM 238 #204 Cais | | St. Mary |
| | | SM 238 #216 Cais | | St. Mary |
| | | SM 239 #132 Cais | | St. Mary |
| | | SM 239 #156 Cais | | St. Mary |
| | | SM 239 #159 Cais | | St. Mary |
| | | SM 239 #178 Cais | | St. Mary |
| | | SM 239 #191 Cais | | St. Mary |
| | | SM 239 #193 Cais | | St. Mary |
| | | SM 239 #201 Cais | | St. Mary |





Certified True and
Correct Copy
CertID: 2025062700018



Lafourche Parish
Deputy Clerk Of Court

Generated Date:
6/27/2025 8:50 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

|  |  | SM 239 #202 Cais |  | St. Mary |
|---|---|---|---|---|
|  |  | SM 239 #212 Cais |  | St. Mary |
|  |  | SM 239 #217 Cais |  | St. Mary |
|  |  | SM 239 #91 Cais |  | St. Mary |
|  |  | SM 239-D PRD | OCS 00310 | St. Mary |
|  |  | SM 240 #1 Cais |  | St. Mary |
|  |  | SM 240 #153 Cais |  | St. Mary |
|  |  | SM 240 #196 Cais |  | St. Mary |
|  |  | SM 240 #203 Cais |  | St. Mary |
|  |  | SM 240-E PRD | OCS 00310 | St. Mary |
|  |  | SM 241 #200 Cais |  | St. Mary |
|  |  | SM 241 #302 Cais |  | St. Mary |
| **Ship Shoal** | **SS 169/181** |  |  |  |
|  |  | SS 168-B | OCS 00819 | Terrebonne |
|  |  | SS 168-D | OCS 00819 | Terrebonne |
|  |  | SS 181-B | OCS-G 04231 | Terrebonne |
|  |  | SS 181-D | OCS-G 04231 | Terrebonne |
|  |  | SS 181-F | OCS-G 04231 | Terrebonne |
|  |  | SS 181-K | OCS-G 04231 | Terrebonne |
|  |  | SS 182-C DRILL | OCS-G 01019 | Terrebonne |
|  |  | SS 182-E | OCS-G 01019 | Terrebonne |
|  |  | SS 182-J | OCS-G 01019 | Terrebonne |
|  |  | SS 183-I | OCS 00821 | Terrebonne |
|  | **SS 208** |  |  |  |
|  |  | SS 208 #12 Cais | OCS-G 01228 | Terrebonne |
|  |  | SS 208 #13 Cais | OCS-G 01228 | Terrebonne |
|  |  | SS 208 #14 Cais | OCS-G 01228 | Terrebonne |
|  |  | SS 208-H | OCS 00828 | Terrebonne |
|  |  | SS 209-B | OCS 00827 | Terrebonne |
|  |  | SS 209-G | OCS 00827 | Terrebonne |
|  |  | SS 209-J | OCS 00827 | Terrebonne |
|  |  | SS 209-K | OCS 00827 | Terrebonne |
|  |  | SS 209-M | OCS 00827 | Terrebonne |
|  |  | SS 209-N | OCS 00827 | Terrebonne |
|  |  | SS 209-P | OCS 00827 | Terrebonne |
|  |  | SS 215-C | OCS-G 01230 | Terrebonne |
|  |  | SS 215-I | OCS-G 01230 | Terrebonne |
|  |  | SS 215-L | OCS-G 01230 | Terrebonne |
| **South Timbalier** | **ST 041** |  |  |  |
|  |  | ST 41-A | OCS-G 24954 | Lafourche |
|  |  | ST 41-B Cais | OCS-G 24954 | Lafourche |
|  |  | ST 41-C Cais | OCS-G 24954 | Lafourche |
|  |  | ST 41-E Cais | OCS-G 24954 | Lafourche |
|  |  | ST 41-F Cais | OCS-G 24954 | Lafourche |



**Certified True and Correct Copy**
CertID: 2025062700018



Lafourche Parish
Deputy Clerk Of Court

Generated Date:
6/27/2025 8:50 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

**Tiger Shoal**        **Tiger Shoal**

| | | |
|---|---|---|
| SM 211 #210 Cals | OCS 00310 | St. Mary |
| SM 212-A | OCS 00310 | St. Mary |
| SM 212-B | OCS 00310 | St. Mary |
| SM 212 #228 Cals | OCS 00310 | St. Mary |
| SM 212 #229 Cals | OCS 00310 | St. Mary |
| SM 212 #230 Cals | OCS 00310 | St. Mary |
| SM 212 #231 Cals | OCS 00310 | St. Mary |
| SM 212 #232 Cals | OCS 00310 | St. Mary |
| SM 212 #48 Cals | OCS 00310 | St. Mary |
| SM 217 #114 Cals | OCS 00310 | St. Mary |
| SM 217 #223 Cals | OCS 00310 | St. Mary |
| SM 217 #225 Cals | OCS 00310 | St. Mary |
| SM 217 #227 Cals | OCS 00310 | St. Mary |
| SM 217 #233 Cals | OCS 00310 | St. Mary |
| SM 217 #234 Cals | OCS 00310 | St. Mary |
| SM 217-A PROD | OCS 00310 | St. Mary |
| SM 217-A TRT | OCS 00310 | St. Mary |
| SM 217-C Cals | OCS 00310 | St. Mary |
| SM 218 #49 Cals | OCS 00310 | St. Mary |
| SM 218 #51 Cals | OCS 00310 | St. Mary |
| SM 218 #61 Cals | OCS 00310 | St. Mary |
| SM 218 #70 Cals | OCS 00310 | St. Mary |
| SM 218 #94 Cals | OCS 00310 | St. Mary |
| SM 221 #146 | OCS 00310 | St. Mary |
| SM 223-A | OCS 00310 | St. Mary |
| SM 223 #218 Cals | OCS 00310 | St. Mary |
| SM 223 #219 Cals | OCS 00310 | St. Mary |
| SM 237 #177 Cals | OCS 00310 | St. Mary |

**West Delta**        **WD 030**

| | | |
|---|---|---|
| WD 21-BB | OCS-G 01447 | Plaquemines |
| WD 21-L Cals | OCS-G 01447 | Plaquemines |
| WD 21-Z | OCS-G 01447 | Plaquemines |
| WD 30-CC | OCS 00026 | Plaquemines |
| WD 30-J | OCS 00026 | Plaquemines |
| WD 30-P | OCS 00026 | Plaquemines |
| WD 30-T | OCS 00026 | Plaquemines |
| WD 31-E DRL | OCS 00016 | Plaquemines |
| WD 31-F | OCS 00016 | Plaquemines |
| WD 31-L | OCS 00016 | Plaquemines |
| WD 31-N | OCS 00016 | Plaquemines |
| WD 32 #2 | OCS-G 01067 | Plaquemines |
| WD 32 #3 | OCS 00367 | Plaquemines |
| WD 32-A | OCS 00367 | Plaquemines |



**Certified True and
Correct Copy**
CertID: 2025062700018



Lafourche Parish
Deputy Clerk Of Court

Generated Date:
6/27/2025 8:50 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

| | | |
|---|---|---|
| WD 32-AA | OCS 00367 | Plaquemines |
| WD 32-B | OCS 00367 | Plaquemines |
| WD 32-D | OCS 00367 | Plaquemines |
| WD 32-E | OCS 00367 | Plaquemines |
| WD 32-S | OCS 00367 | Plaquemines |



**Certified True and Correct Copy**
CertID: 2025062700018



Lafourche Parish
Deputy Clerk Of Court

Generated Date:
6/27/2025 8:50 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14.132, 133, and/or RPC Rule 3.3(a)(3).